(132 So. 917)

**Robert L. JOINER, alias, etc., v. STATE.**
8 Div. 77.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 917)

**A. A. JONES v. STATE.**
8 Div. 249.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.

(134 So. 921)

**Bobo JONES v. STATE.**
8 Div. 327.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.

(135 So. 924)

**Calvin JONES v. STATE.**
7 Div. 755.

Court of Appeals of Alabama.
June 9, 1931.

BRICKEN, P. J.
Appeal dismissed.

(132 So. 917)

**Mrs. Clarence JONES v. STATE.**
8 Div. 204.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(132 So. 917)

**Bennie JONES v. STATE.**
2 Div. 466.

Court of Appeals of Alabama.
March 24, 1931.

SAMFORD, J.
Affirmed.

(132 So. 917)

**Dowen JONES v. STATE.**
2 Div. 467.

Court of Appeals of Alabama.
March 24, 1931.

RICE, J.
Affirmed.

(132 So. 917)

**Ernest JONES v. STATE.**
8 Div. 214.

Court of Appeals of Alabama.
Feb. 17, 1931.

See, also, 23 Ala. App. 493, 127 So 681.

BRICKEN, P. J.
Affirmed.